

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00091-CV

NUEVA GENERACION MUSIC GROUP, INC., Appellant

V.

ISIDRO CHAVEZ ESPINOZA, P/K/A ESPINOZA PAZ, Appellee

Appeal from the 281st District Court of Harris County. (Tr. Ct. No. 2015-00749).

This case is an appeal from the order signed by the trial court on January 26, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error. Accordingly, the Court **affirms** the trial court's order.

The Court **orders** that the appellant, Nueva Generacion Music Group, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 30, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd. Opinion delivered by Justice Keyes.